B6F (Official Form 6F) (12/07)

# United States Bankruptcy Court

### District of NJ, CAMDEN, Division

re: Woods, Vanessa T.

Case #: 13-11183

# AMENDED  S C H E D U L E     F  -  CREDITORS HOLDING UNSECURED

[  ] Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| | | |
|---|---|---|
| Acct: 6399034 | Amount of Claim | $658.00 |
| Name: Advocare In-Patient Med | Date Claim was Incurred | 2011 |
| PO Box 3001 | What for | MEDICAL SERVICES |
| Voorhees, NJ 08043-0598 | Nature | LIQUIDATED |
| | | CO-Debtors |
| Memo: | CUD     Contingent ● Unliquidated ( ) Disputed | |

| | | |
|---|---|---|
| Acct: 2742 | Amount of Claim | $383.00 |
| Name: Apex | Date Claim was Incurred | 2011 |
| 1891 Santa Barbara Dr. # 204 | What for | MEDICAL SERVICES |
| Lancaster, PA 17601 | Nature | LIQUIDATED |
| | | CO-Debtors |
| Memo: Original Creditor- Assoc. in General Surgery | CUD     Contingent ● Unliquidated ( ) Disputed | |

| | | |
|---|---|---|
| Acct: 1123 | Amount of Claim | $986.00 |
| Name: Ars Account Resolution | Date Claim was Incurred | 2012 |
| 1801 Nw 66th Ave Suite 200 | What for | MEDICAL SERVICES |
| Ft. Lauderdale, FL 33313 | Nature | LIQUIDATED |
| | | CO-Debtors |
| Memo: Original Creditor- Emerg Phy Assoc. of S. Jersey | CUD     Contingent ● Unliquidated ( ) Disputed | |

| | | |
|---|---|---|
| Acct: 6420 | Amount of Claim | $3,433.00 |
| Name: Asset Acceptance | Date Claim was Incurred | 2012 |
| PO Box 1630 | What for | SERVICE |
| Warren, MI 48090 | Nature | LIQUIDATED |
| | | CO-Debtors |
| Memo: Original Creditor-GE Money Bank/Care Credit | CUD     Contingent ● Unliquidated ( ) Disputed | |

| | | |
|---|---|---|
| Acct: 1164 4069 9951 | Creditor Amended | Amount of Claim | $323.93 |
| Name: Atlantic City Electric | Date Claim was Incurred | 2012 |
| 5 Collins Drive STE 2048 | Delete | What for | SERVICE |
| Carneys Point, NJ  08069 | Nature | LIQUIDATED |
| | | CO-Debtors |
| Memo: | CUD     Contingent (●) Unliquidated ( ) Disputed | |

| | | |
|---|---|---|
| Acct: 4868 | Amount of Claim | $1,870.00 |
| Name: Barclays Bank Delaware | Date Claim was Incurred | 2001 |
| PO Box 1337 | What for | CHARGE CARD |
| Philadelphia, PA 19101 | Nature | LIQUIDATED |
| Attn: Bankruptcy Dept. | | CO-Debtors |
| Memo: | CUD     Contingent (●) Unliquidated ( ) Disputed | |

Schedule F

B6F (Official Form 6F) (12/07)

# United States Bankruptcy Court
### District of NJ, CAMDEN, Division

re: **Woods, Vanessa T.**

Case #: _____

| | | | |
|---|---|---|---|
| Acct: | **4642** | Amount of Claim | **$498.00** |
| Name: | **Convergent Outsourcing** | Date Claim was Incurred | **2009** |
| | **Er Solutions** | What for | **SERVICE** |
| | **P.O. Box 9004** | Nature | **LIQUIDATED** |
| | **Renton, WA 98057** | | CO-Debtors |
| Memo: | Original Creditor- Comcast | CUD | |
| | | Contingent • Unliquidated Disputed | |

| | | | |
|---|---|---|---|
| Acct: | **4301** | Amount of Claim | **$5,248.00** |
| Name: | **Discover Financial Serv.** | Date Claim was Incurred | **2005** |
| | **P.O. Box 15316** | What for | **CHARGE CARD** |
| | **Wilmington, DE 19850** | Nature | **LIQUIDATED** |
| | | | CO-Debtors |
| Memo: | Also Judgement - DC-00765511 | CUD | |
| | | Contingent • Unliquidated Disputed | |

| | | | |
|---|---|---|---|
| Acct: | **6946** | Amount of Claim | **$1,241.00** |
| Name: | **Eos Cca** | Date Claim was Incurred | **2012** |
| | **700 Longwater Drive** | What for | **SERVICE** |
| | **Norwell, MA 02061** | Nature | **LIQUIDATED** |
| | | | CO-Debtors |
| Memo: | Original Creditor- AT&T Mobility | CUD | |
| | | Contingent • Unliquidated Disputed | |

| | | | |
|---|---|---|---|
| Acct: | **5818** | Amount of Claim | **$592.27** |
| Name: | **Fia Csna** | Date Claim was Incurred | **2005** |
| | **4060 Ogletown/ Stanton Rd** | What for | **CHARGE CARD** |
| | **Newark, DE 19713** | Nature | **LIQUIDATED** |
| | | | CO-Debtors |
| Memo: | | CUD | |
| | | Contingent • Unliquidated Disputed | |

| | | | |
|---|---|---|---|
| Acct: | **402261-1** | Amount of Claim | **$20,507.94** |
| Name: | **Financial Claims, Inc** | Date Claim was Incurred | **2012** |
| | **8525 120th Ave NE, Ste 200** | What for | **Reimbursement** |
| | **Kirkland, WA 98033** | Nature | **LIQUIDATED** |
| | | | CO-Debtors |
| Memo: | Original creditor- Travelers-FAll River Claim 717 PP HKU3387 A - 004 | CUD | |
| | | Contingent • Unliquidated Disputed | |

| | | | |
|---|---|---|---|
| Acct: | **various accts** | Amount of Claim | **$5,511.00** |
| Name: | **Financial Recoveries** | Date Claim was Incurred | **2008** |
| | **PO Box 1388** | What for | **MEDICAL SERVICES** |
| | **Mt. Laurel, NJ 08054-7388** | Nature | **LIQUIDATED** |
| | | | CO-Debtors |
| Memo: | Original Creditor- Kennedy Health System & Underwood Memorial Hosp | CUD | |
| | | Contingent • Unliquidated Disputed | |

Schedule F

B6F (Official Form 6F) (12/07)

# United States Bankruptcy Court
### District of NJ, CAMDEN, Division

re: **Woods, Vanessa T.**                                               Case #:_____

| | | |
|---|---|---|
| Acct: **5714 / 1666376** | Amount of Claim | **$2,014.18** |
| Name: **GE Capital Retail Bank** | Date Claim was Incurred | **2012** |
| **PO Box 965004** | What for | **CHARGE CARD** |
| **Orlando, FL 32896-5004** | Nature | **LIQUIDATED** |
| | | CO-Debtors |
| Memo: | CUD  Contingent ( • )  Unliquidated ( )  Disputed | |

| | | |
|---|---|---|
| Acct: **5714** | Amount of Claim | **$1,585.00** |
| Name: **Gecrb/Lowes** | Date Claim was Incurred | **2005** |
| **PO Box 103104** | What for | **CHARGE CARD** |
| **Roswell, GA 30076** | Nature | **LIQUIDATED** |
| **Attn: Bankruptcy Dept.** | | CO-Debtors |
| Memo: | CUD  Contingent • Unliquidated ( )  Disputed | |

| | | |
|---|---|---|
| Acct: **11674066** | Amount of Claim | **$35.00** |
| Name: **Grimley Financial** | Date Claim was Incurred | **2012** |
| **30 Washington Avenue Ste. C-6** | What for | **MEDICAL SERVICES** |
| **Haddonfield, NJ 08033-3341** | Nature | **LIQUIDATED** |
| | | CO-Debtors |
| Memo: Original Creditor- South Jersey Heart Group | CUD  Contingent • Unliquidated ( )  Disputed | |

| | | |
|---|---|---|
| Acct: **unknown** | Amount of Claim | **$977.52** |
| Name: **Hoffman & Dimuzio** | Date Claim was Incurred | **2012** |
| **1739-1753 Delsea Drive** | What for | **Legal Service** |
| **PO Box 285** | Nature | **LIQUIDATED** |
| **Franklinville, NJ 08322** | | CO-Debtors |
| Memo: | CUD  Contingent • Unliquidated ( )  Disputed | |

| | | |
|---|---|---|
| Acct: **60479832** | Amount of Claim | **$909.00** |
| Name: **HRRG** | Date Claim was Incurred | **2012** |
| **P.O. Box 189053** | What for | **MEDICAL SERVICES** |
| **Plantation, FL** | Nature | **LIQUIDATED** |
| **33318-9053** | | CO-Debtors |
| Memo: Original Creditor- Emerg Phy Assoc. of S. Jersey | CUD  Contingent • Unliquidated ( )  Disputed | |

| | | |
|---|---|---|
| Acct: **3469** | Amount of Claim | **$802.00** |
| Name: **I.C. System, Inc.** | Date Claim was Incurred | **2011** |
| **444 Highway 96 East** | What for | **MEDICAL SERVICES** |
| **P.O. Box 64437** | Nature | **LIQUIDATED** |
| **ST. Paul, MN 55164-0437** | | CO-Debtors |
| Memo: Original Creditor- Advocare Inpatient Medicine | CUD  Contingent ( • )  Unliquidated ( )  Disputed | |

Schedule F

B6F (Official Form 6F) (12/07)

# United States Bankruptcy Court
### District of NJ, CAMDEN, Division

re: **Woods, Vanessa T.**                                           Case #:_____

| | | |
|---|---|---|
| Acct: **DC-00724008** | Amount of Claim | **$1,233.00** |
| Name: **Integrity Automotive** | Date Claim was Incurred | **2008** |
| **1971 N. Black Horse Pike** | What for | **Judgment** |
| **Williamstown, NJ 08094** | Nature | **LIQUIDATED** |
| | | CO-Debtors |
| Memo: | CUD   Contingent  •  Unliquidated ○  Disputed | |

| | | |
|---|---|---|
| Acct: **4868** | Amount of Claim | **$1,870.89** |
| Name: **Juniper Bank** | Date Claim was Incurred | **2012** |
| **P.O Box 13337** | What for | **CHARGE CARD** |
| **Philadelphia, PA 19101** | Nature | **LIQUIDATED** |
| | | CO-Debtors |
| Memo: | CUD   Contingent  •  Unliquidated ○  Disputed | |

| | | |
|---|---|---|
| Acct: **66726621 / 71690754** | Amount of Claim | **$16,169.46** |
| Name: **Kennedy Memorial Hospital** | Date Claim was Incurred | **2012** |
| **500 Marlboro Avenue** | What for | **MEDICAL SERVICES** |
| **Cherry Hill, NJ 08034** | Nature | **LIQUIDATED** |
| | | CO-Debtors |
| Memo: | CUD   Contingent  •  Unliquidated ○  Disputed | |

| | | |
|---|---|---|
| Acct: **103367** | Amount of Claim | **$9,827.00** |
| Name: **Lakeview Health Systems, LLC** | Date Claim was Incurred | **2012** |
| **2701 Gateway Dr.** | What for | **MEDICAL SERVICES** |
| **Pompano, FL 33069-4323** | Nature | **LIQUIDATED** |
| | | CO-Debtors |
| Memo: | CUD   Contingent  •  Unliquidated ○  Disputed | |

| | | |
|---|---|---|
| Acct: **8566292351962** | Amount of Claim | **$166.53** |
| Name: **MCM** | Date Claim was Incurred | **2012** |
| **PO Box 939069** | What for | **SERVICE** |
| **San Diego, CA 92193** | Nature | **LIQUIDATED** |
| **Attn: ConsumerSupport Services** | | CO-Debtors |
| Memo: Original Creditor - Verizon New Jersey Inc. | CUD   Contingent  •  Unliquidated ○  Disputed | |

| | | |
|---|---|---|
| Acct: **4745** | Amount of Claim | **$167.00** |
| Name: **Midland Credit Management** | Date Claim was Incurred | **2011** |
| **8875 Aero Dr.** | What for | **SERVICE** |
| **San Diego, CA 92123** | Nature | **LIQUIDATED** |
| | | CO-Debtors |
| Memo: Original Creditor- verizon New Jersey Inc. | CUD   Contingent  •  Unliquidated ○  Disputed | |

Schedule F

B6F (Official Form 6F) (12/07)

# United States Bankruptcy Court
### District of NJ, CAMDEN, Division

re: **Woods, Vanessa T.**                                         Case #: _____

| Acct: | **PZF122** | Amount of Claim | **$909.00** |
|---|---|---|---|
| Name: | **NCO Financial Systems** | Date Claim was Incurred | **2012** |
| | **507 Prudencial Rd.** | What for | **MISC. PURCHASES** |
| | **Horsham, PA 19044** | Nature | **LIQUIDATED** |

| | CO-Debtors |

Memo: Original Creditor- Unknown              CUD    Contingent ●  Unliquidated ○  Disputed

| Acct: | **DJ-027042-12** | Amount of Claim | **$5,739.32** |
|---|---|---|---|
| Name: | **Pressler And Pressler** | Date Claim was Incurred | **2012** |
| | **7 Entin Road** | What for | **Judgment** |
| | **Parsippany, NJ   07054** | Nature | **LIQUIDATED** |

| | CO-Debtors |

Memo: Original Creditor- Discover Card  ( Wage Oder )      CUD    Contingent ●  Unliquidated ○  Disputed

| Acct: | **various accts** | Amount of Claim | **$3,475.00** |
|---|---|---|---|
| Name: | **Quality Asset Recovery** | Date Claim was Incurred | **2011** |
| | **7 Foster Ave Ste 101** | What for | **MEDICAL SERVICES** |
| | **Gibbsboro, NJ 08026** | Nature | **LIQUIDATED** |

| | CO-Debtors |

Memo: Original Creditor- Winslow EMS & Washiongton Twp Ambulance    CUD    Contingent ●  Unliquidated ○  Disputed

| Acct: | **Ran-71690754** | Amount of Claim | **$1,003.00** |
|---|---|---|---|
| Name: | **Radiology Assc Of New Jersey, PC** | Date Claim was Incurred | **2012** |
| | **P.O. Box 347274** | What for | **MEDICAL SERVICES** |
| | **Pittsburgh, PA 15251-4274** | Nature | **LIQUIDATED** |

| | CO-Debtors |

Memo:              CUD    Contingent ●  Unliquidated ○  Disputed

| Acct: | **W6475 76283 54702** | Amount of Claim | **$607.00** |
|---|---|---|---|
| Name: | **State Of New Jersey** | Date Claim was Incurred | **2012** |
| | **Surcharge Violation System** | What for | **Surcharges** |
| | **PO Box 4850** | Nature | **LIQUIDATED** |
| | **Trenton, NJ 08650-4850** | | |

| | CO-Debtors |

Memo:              CUD    Contingent ●  Unliquidated ○  Disputed

| Acct: | **4013** | Amount of Claim | **$743.00** |
|---|---|---|---|
| Name: | **Township Of Monroe** | Date Claim was Incurred | **2012** |
| | **C/O DM Medical** | What for | **MEDICAL SERVICES** |
| | **PO BOx 1016** | Nature | **LIQUIDATED** |
| | **Voorhees, NJ 08043** | | |

| | CO-Debtors |

Memo:              CUD    Contingent ●  Unliquidated ○  Disputed

Schedule F

B6F (Official Form 6F) (12/07)

# United States Bankruptcy Court
### District of NJ, CAMDEN, Division

re: **Woods, Vanessa T.** _____     Case #: _____

| | | | |
|---|---|---|---|
| Acct: | **0879** | Amount of Claim | **$200.00** |
| Name: | **Transnatl** | Date Claim was Incurred | **2001** |
| | **1162 St. Georges Ave.** | What for | **MEDICAL SERVICES** |
| | **Avenel, NJ 07001** | Nature | **LIQUIDATED** |
| | | | CO-Debtors |
| Memo: | Original Creditor- Med1 02 Eastern Dental of Laurel Spr | CUD   Contingent ● Unliquidated ○ Disputed | |

| | | | |
|---|---|---|---|
| Acct: | **717 PP HKU3387 A-004** | Amount of Claim | **$15,273.00** |
| Name: | **Travelers** | Date Claim was Incurred | **2012** |
| | **C/O Fidelity & Guaranty Ins. Underw** | What for | **Reimbursement** |
| | **PO Box 3022** | Nature | **LIQUIDATED** |
| | **Fall River, MA 02721** | | CO-Debtors |
| Memo: | | CUD   Contingent ● Unliquidated ○ Disputed | |

| | | | |
|---|---|---|---|
| Acct: | **0992** | Amount of Claim | **$4,202.06** |
| Name: | **Verizon NJ Inc.** | Date Claim was Incurred | **2010** |
| | **PO Box 3397** | What for | **SERVICE** |
| | **Bloomington, IL 61702** | Nature | **LIQUIDATED** |
| | **Attn: Bankruptcy Dept** | | CO-Debtors |
| Memo: | Damage Claim Number NJPR120811 | CUD   Contingent ● Unliquidated ○ Disputed | |

| | | | |
|---|---|---|---|
| Acct: | **UP 683 13625 1** | Amount of Claim | **$44.90** |
| Name: | **VIP Readers Service** | Date Claim was Incurred | **2012** |
| | **PO Box 771747** | What for | **Membership** |
| | **Lakewood, OH 44107-0067** | Nature | **LIQUIDATED** |
| | | | CO-Debtors |
| Memo: | | CUD   Contingent ● Unliquidated ○ Disputed | |

| | | | |
|---|---|---|---|
| Acct: | **Tkt # C 064667** | Amount of Claim | **$689.00** |
| Name: | **Winslow Municipal Court** | Date Claim was Incurred | **2012** |
| | **125 S. Route 73** | What for | **Fine** |
| | **Winslow, NJ 08037** | Nature | **LIQUIDATED** |
| | | | CO-Debtors |
| Memo: | | CUD   Contingent ● Unliquidated ○ Disputed | |

None of the above claims is contingent, disputed, unliquidated, subject to setoff, unless otherwise stated.

| | |
|---|---|
| Total Unsecured Debt | **$109,894.00** |
| Total Number of Creditors | **35** |

1Ϲ4,570.07
34

Schedule F