UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Charles M. Izzo, Attorney CI-4691
116 North 2nd Street
Camden, NJ 08102
856-757-0550
Attorney for _Debtor_

In Re: Vanessa T. Woods
534 Greenbriar Drive
Williamstown, NJ 08094

Case No.: 13-11183
Chapter: 13
Adv. No.: 
Hearing Date: —
Judge: ABA

## CERTIFICATION OF SERVICE

1. I, _Charles M. Izzo_ :

   ☒ represent _Debtor_ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On _11-30-16_, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   ____ Notice of Motion with all attachments.
   _X_ Other: Notice of Amendment to schedule E/F

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _11-30-16_

/s/ Charles M. Izzo
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa, Trustee<br>535 Routh 38 East - Ste. 580<br>Cherry Hill, NJ 08002 | Standing Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Atlantic City Elec.<br>c/o Youngblood Fonkin<br>1201 New Road - Ste 230<br>Linwood, NJ 08221 | Creditor | ☐ Hand-delivered<br>☒ Regular mail (struck through)<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |